■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT K. HALL, Appellant. [11 NYS3d 875]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 21, 2015 (*People v Hall*, 124 AD3d 795 [2015]), affirming a second resentence of the County Court, Suffolk County, imposed December 10, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Hall, Austin and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JAMES T. HALL, Defendant. [11 NYS3d 875]—Application by the defendant for a writ of error coram nobis seeking leave to file an application for leave to appeal to this Court from an order of the County Court, Westchester County, dated July 10, 2008, which denied his motion pursuant to CPL 440.10 to vacate two judgments of the same court rendered January 8, 1990, and August 7, 1998, respectively.

Ordered that the application is denied.

The relief requested is not available (*see People v Syville*, 15 NY3d 391 [2010]). Skelos, J.P., Dillon, Duffy and LaSalle, JJ., concur.